Ophelia Azriel DE'LONTA,
Plaintiff–Appellant,

v.

Sarah PRUITT, Correctional Officer,
Defendant–Appellee,

and

Harold Clarke, Director, Vadoc; G.K. Washington, Regional Admin; Larry Edmonds, Warden, BKCC; C. Davis, Major, Chief of Security; Davis, Institutional Investigator; Agent Watson, Internal Affairs Unit; Lisa Lang, Staff Psychologist; Attorney General Kenneth T. Cuccinelli; Don Lemond, Director, Defendants.

No. 13–7307.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 19, 2013.

Decided: Dec. 23, 2013.

Ophelia Azriel De'Lonta, Appellant Pro Se. Antonio Pierre Jackson, Law Office of A. Pierre Jackson, P.C., Hampden–Sydney, Virginia, for Appellee.

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ophelia Azriel De'Lonta appeals the jury verdict in favor of Defendant Sarah Pruitt and the district court's prior order granting the other Defendants' motion for summary judgment in De'Lonta's 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* *De'Lonta v. Pruitt*, No. 7:11–cv–00483–JCT–RSB (W.D.Va. Sept. 11, 2012; July 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

---

* We note that the only issue De'Lonta raises with respect to the jury trial is Pruitt's failure to timely respond to De'Lonta's revised mo-  tion to compel production of documents. We find no reversible error in this regard.

terials before this court and argument would not aid the decisional process.

*AFFIRMED.*